JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JOSEPH LENT, JR., an individual also known as BILL LENT, doing business as W.J. LENT and WJ LENT CONTRACTING SERVICES; MALLCRAFT, INC., a California corporation; PASADENA UNIFIED SCHOOL DISTRICT, a public agency; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOE 1 through DOE 10, inclusive; CONSTRUCTION COMPANY,<br><br>Defendants. | Case No.: 2:15-cv-09702-PA (JPR)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., through its attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Pro Se Defendant, WILLIAM JOSEPH LENT, JR., an individual also known as BILL

-1-

297167.1

LENT, doing business as W.J. LENT and WJ LENT CONTRACTING SERVICES;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Judgment is entered in in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, and Laborers' Trusts Administrative Trust Fund For Southern California and against Defendant, WILLIAM JOSEPH LENT, JR., an individual also known as BILL LENT, doing business as W.J. LENT and WJ LENT CONTRACTING SERVICES ("EMPLOYER") for the principal sum of $28,818.27,  $153.57 in interest, and $3,000.00 in attorney's fees for a total judgment sum of $31,971.84 covering the period from August 2014 to November 2014 on EMPLOYER'S Field Elementary School project for the Pasadena Unified School District only.

DATED:   January 20, 2016

                      PERCY ANDERSON
                      UNITED STATES DISTRICT JUDGE

297167.1